# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                        **CASE NO.** 12-10070-EFM

**MADELENE LEE,**
    **a/k/a MONA LEE, and**
**LaSHARICA DAWN ROSS,**
    **a/k/a SHAY ROSS,**

      **Defendants.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT ONE

**18 U.S.C. § 641**
**(Embezzlement of Public Program Funds)**

Beginning on or about August 15, 2007, and continuing through March 1, 2009, in the District of Kansas, the defendant,

**MADELENE LEE, a/k/a Mona Lee,**

did intentionally embezzle, steal and knowingly convert to her use and the use of another, money and a thing of value belonging to the United States of America and an agency and department thereof, that is, defendant **Madelene LEE** accepted payment with funds from a program sponsored by the United States Department of Health and Human Services which were supposed to be used to pay for child care services provided by the defendant, when defendant **LEE** knew and should have known that she was not entitled to accept this money because she did not provide child care services as required, in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT TWO

### 18 U.S.C. § 641
### (Embezzlement of Public Program Funds)

Beginning on or about August 15, 2007, and continuing through March 1, 2009, in the District of Kansas, the defendant,

**LaSHARICA DAWN ROSS, a/k/a Shay Ross,**

did intentionally embezzle, steal and knowingly convert to her use and the use of another, money and a thing of value of the United States of America and an agency and department thereof, that is, the defendant **LaSharica Dawn ROSS** received money from a program sponsored by the United States Department of Health and Human Services, which was to be used for child care services incurred by the defendant, when defendant **ROSS** knew and should have known that she was not entitled to receive this money because she did not qualify for the program funds, which would have been discovered if defendant **ROSS** had

not provided false and misleading documentation in support of her request and receipt of these program funds, in violation of Title 18, United States Code, Sections 641 and 2.

## A TRUE BILL

  March 27, 2012                                   /s/   Foreperson
DATE                                                    FOREPERSON OF THE GRAND JURY

  s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866
barry.grissom@usdoj.gov

[It is requested that jury trial be held in Wichita, Kansas.]